IT IS SO ORDERED.

Dated: 9 October, 2020 01:58 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

WWR # 040670897

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-13653 |
| | ) | |
| APRIL MARIE YAROS | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| DEBTOR | ) | JUDGE JESSICA E. PRICE SMITH |
| | ) | |
| | ) | ORDER GRANTING MOTION OF |
| | ) | CENTURY FEDERAL CREDIT UNION |
| | ) | FOR RELIEF FROM STAY AND |
| | ) | ABANDONMENT |
| | ) | |
| | ) | **2013 CHRYSLER 300** |
| | ) | **VIN#2C3CCASG4DH538307** |

   This matter came before the Court on the Motion for Relief From Stay and Abandonment (the "Motion") filed by Century Federal Credit Union ("Movant"). (Docket 12). Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for Debtor, the Chapter 7 Trustee, and all other parties were served with the Motion, with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all

responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property: 2013 CHRYSLER 300 VIN#2C3CCASG4DH538307.

# # #

SUBMITTED BY:

 /s/ Milos Gvozdenovic
Milos Gvozdenovic  (0077969)
Attorney for Century Federal Credit Union
Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenovic@weltman.com

## SERVICE LIST

A true and correct copy of the foregoing Order on the Motion of Century Federal Credit Union for Relief from the Automatic Stay and Abandonment was served:

Via the Court's electronic case filing system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Jon M. Ginter, Attorney for Debtor at jginter@ginterlegal.com

Robert D. Barr, Trustee at barr-trustee@koehler.law

OFFICE OF THE UNITED STATES TRUSTEE @usdoj.gov

and by regular U.S. Mail, postage prepaid, to:

APRIL MARIE YAROS
4087 West 48th Street
Cleveland, OH 44144