United States Bankruptcy Court
Northern District of Ohio

In re:                      Case No. 20-13653-jps
April Marie Yaros         Chapter 7
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0647-1                User: admin                    Page 1 of 2
Date Rcvd: Nov 19, 2020        Form ID: 318                 Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Marie Yaros, 4087 West 48th Street, Cleveland, OH 44144-1925 |
| 26667336 | + | Mercury Card/fb&t/tsys, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 26667337 | + | NEORSD, 3900 Euclid Ave., Cleveland, OH 44115-2506 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Nov 19 2020 21:44:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 26667328 | + | Email/Text: bankruptcy@amerifirst.com | Nov 19 2020 23:33:00 | Amerifirst Home Mortga, 950 Trade Centre Way, Kalamazoo, MI 49002-0493 |
| 26667329 | + | EDI: AMEREXPR.COM | Nov 20 2020 02:08:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 26667332 | + | Email/Text: collections@cenfedcu.org | Nov 19 2020 21:42:00 | Century Federal Cr Un, 1240 E 9th St, Cleveland, OH 44199 |
| 26667330 | + | EDI: CAPITALONE.COM | Nov 20 2020 02:08:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 26667331 | + | EDI: CITICORP.COM | Nov 20 2020 02:08:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 26667333 | + | Email/Text: Bankruptcy_Unit@clevelandwater.com | Nov 19 2020 21:42:00 | City of Cleveland Division of Water, 1201 Lakeside Ave., Cleveland, OH 44114-1100 |
| 26667334 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 19 2020 23:32:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 26667335 | | EDI: JPMORGANCHASE | Nov 20 2020 02:08:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 26668486 | + | EDI: PRA.COM | Nov 20 2020 02:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 26667338 | + | EDI: RMSC.COM | Nov 20 2020 02:08:00 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Century Federal Credit Union |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

**Name**      **Email Address**

Jon M. Ginter
on behalf of Debtor April Marie Yaros jginter@ginterlegal.com

Milos Gvozdenovic
on behalf of Creditor Century Federal Credit Union mgvozdenovic@weltman.com ecfndoh@weltman.com

Robert D. Barr
barr-trustee@koehler.law rdb@trustesolutions.net;syackly@koehler.law

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **April Marie Yaros** | Social Security number or ITIN xxx–xx–3641 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN _ _ _ _ |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Ohio** | | |
| Case number:  **20–13653–jps** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

April Marie Yaros

11/18/20                                **By the court:** JESSICA E. PRICE SMITH
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**